JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA KEHR, | **CASE NO. SACV10-00345 JST (ANx)** |
| Plaintiff, | |
| v. | **FINAL JUDGMENT IN FAVOR OF DEFENDANT 930 SUSHI, LLC** |
| 930 SUSHI, LLC. and DOES 1 through 10, Inclusive, | |
| Defendants. | |

WHEREAS the Court entered its Order Granting Defendant's Motion for Summary Judgment,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Andrea Kehr shall take nothing by her Complaint, and that FINAL JUDGMENT IS HEREBY ENTERED in favor of Defendant 930 Sushi, LLC.

IT IS SO ORDERED and ADJUDGED.

Dated: March 1, 2011

**JOSEPHINE STATON TUCKER**
Hon. JOSEPHINE STATON TUCKER
JUDGE OF THE UNITED STATES DISTRICT COURT